## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY JEFFRIES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 10-2285 |
| ROBERT J. CHIUSANO, et al. | : | |

## ORDER

AND NOW, this    14th    day of July, 2010, for the reasons stated in the foregoing

Memorandum, it is hereby ORDERED as follows:

1.     The Court finds that venue is not proper in this district.

2.     Defendants' Motion to Transfer this case to the United States District Court for

the Middle District of Pennsylvania (Doc. No. 6), pursuant to 28 U.S.C. § 1406(a), is

GRANTED.

The Clerk shall close this case.

BY THE COURT:

s/Michael M. Baylson

_____

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-2285 - Jeffries v. Chiusano\Jeffries v. Chiusano - Order Mot Transfer.wpd